UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate Judge Case No. 1:16-mj-1077-DLC

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME

## ORDER OF VOLUNTARY DETENTION

Cabell, M.J.

The defendant is charged in a criminal complaint with murder of a witness in violation of
18 U.S.C. §1512(a)(1)(C). An initial appearance was held on August 10, 2016, at which time the
government moved for detention.  The defendant, represented by counsel, elected  to voluntarily
consent to detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and is
further ORDERED that:

(1)  the defendant be committed to the custody of the Attorney General for confinement
in a corrections facility separate, to the extent practicable, from persons awaiting or serving
sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with
counsel; and

(3) on order of a court of the United States or on request of an attorney for the
government, the person in charge of the corrections facility in which the defendant is detained
and confined deliver the defendant to an authorized Deputy United States Marshal for the

purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances.  The defendant may seek review of this order by filing a motion for revocation or amendment pursuant to 18 U.S.C. § 3145(b).

                                                 /s/ Donald L. Cabell
                                           DONALD L. CABELL
                                           United States Magistrate Judge

Date: August 10, 2016