*United States Attorney*
*District of Massachusetts*

[redacted]

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

Anthony Cardinale
655 Summer Street
Boston, MA 02210

Re: Francis P. Salemme

Dear Mr. Cardinale:

This letter confirms that, as the Special Attorney assigned by Deputy Attorney General Eric H. Holder, Jr. to conduct an investigation into alleged and/or possible wrongdoing by former Special Agents of the Federal Bureau of Investigation's Boston Division, I am interested in obtaining an accurate and complete proffer from your client, Francis P. Salemme. The terms under which the contemplated proffer will be received are as follows:

1. No statements made or other information provided by Mr. Salemme will be used directly against him, except for purposes of cross-examination and/or impeachment should he offer in any proceeding statements or information different from statements made or information provided by him during the proffer, or in a prosecution of Mr. Salemme based on false statements made or false information provided during the proffer.

2. The government may make derivative use of, or may pursue any investigative leads suggested by, any statements made or other information provided by Mr. Salemme in the course of the proffer. Any evidence directly or indirectly derived from the proffer may be used against him and others in any criminal case or other proceeding. This provision is necessary in order to eliminate the possibility of a hearing at which the government would have to prove that the evidence it would introduce is not tainted by any statements made or other information provided during the proffer. See Kastigar v. United States, 406 U.S. 441 (1972).

3. Mr. Salemme acknowledges that the making of a proffer pursuant to this agreement does not constitute substantial assistance within the meaning of 18 U.S.C. § 3553(e) or §5K1.1 of the United States Sentencing Guidelines and does not provide a basis for a departure from an otherwise applicable minimum mandatory sentence or Sentencing Guideline range.

The U.S. government is not hereby agreeing that it will subsequently enter into a plea or immunity agreement with your client. The foregoing is the complete agreement between your client and the U.S. government with regard to your client's proffer.

000327 72-HQ-1270780 Man - 107

Very truly yours,

DONALD K. STERN
UNITED STATES ATTORNEY

JOHN H. DURHAM
SPECIAL ATTORNEY

Acknowledged and agreed to:

FRANCIS P. SALEMME — DATE 11/1/99

ANTHONY CARDINALE, ESQ. — DATE 9/28/99
Counsel for Francis P. Salemme