UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: GRAND JURY PROCEEDING )
) M.B.D. No.
)
FRANCIS P. SALEMME )

Under Seal - Chief of Clerks
Need # in Worcester

ORDER

This matter is before the Court on the Application of Donald K. Stern, United States Attorney for the District of Massachusetts, for an Order requiring Francis P. Salemme ("Salemme") to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Salemme has been called to testify or provide other information before a Grand Jury of the United States within this District;

2. It is likely that Salemme will refuse to testify or provide other information before a Grand Jury on the basis of his privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from Salemme may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of John C. Keeney, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the

authority vested in him by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Salemme shall give testimony or provide other information as to all matters about which he may be interrogated before the Grand Jury of the United States.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Salemme in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

Nathaniel M. Gorton
UNITED STATES DISTRICT JUDGE

DATE: December 13, 1999



043349